USCA1 Opinion

 

 September 23, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1200 MOSHE ROTHMAN, Plaintiff, Appellant, v. WORCESTER POLICE DEPARTMENT, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Moshe Rothman on brief pro se. _____________ ____________________ ____________________ Per Curiam. Pro se plaintiff Moshe Rothman appeals a __________ ___ __ district court order that dismissed his civil rights complaint as frivolous under 28 U.S.C. 1915(d) because it is barred by the statute of limitations. After thoroughly reviewing the record and appellant's brief on appeal, this court concludes that the district court's order is correct. See Street v. Vose, 936 F.2d 38, 39 (1st Cir. 1991), cert. ___ ______ ____ _____ denied, 502 U.S. 1063 (1992). Accordingly, the judgment of ______ the district court is summarily affirmed. See Local Rule ________ ___ 27.1.  -2-